UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEKA EUGENE MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOEL MARTINEZ,<br><br>　　　　Defendant. | 1:17-cv-01249-MJS (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff is a former state inmate who has filed this civil rights action pursuant to 42 U.S.C. § 1983. While plaintiff filed an application to proceed in forma pauperis by a prisoner, it appears he was released only one week later before his application could be ruled on. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: January 19, 2018　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1