UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEKA EUGENE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOEL MARTINEZ,<br><br>    Defendant. | CASE No. 1:17-cv-01249-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF NO. 2) |

    Plaintiff is a former prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On February 15, 2018, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 9.) The motion indicates that Plaintiff is unable to afford the fees for this litigation and that he is entitled to proceed without prepayment of fees.

    Based on the foregoing, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   February 20, 2018       /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE